UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY V. COLEMAN,<br><br>   Plaintiff,<br><br>   v.<br><br>M.E. SPEARMAN, et al.,<br><br>   Defendants. | No.  2:19-cv-0369 AC P<br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights complaint under 42 U.S.C. § 1983.  Plaintiff alleges that defendant Sgt. F. Hartwick, a correctional officer at High Desert State Prison violated his Eighth Amendment right to be free from excessive force. ECF No. 1 at 3-5.  On March 17, 2022, defendant filed a motion to opt out of the post-screening ADR project.  ECF No. 28.  After reviewing the motion, the court finds good cause to grant it.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant's motion to opt out of the court's Post-Screening ADR Project (ECF No. 28) is GRANTED and the STAY of this action is LIFTED, and

2. Within twenty-one days from the date of this order, defendant shall file a responsive pleading.

DATED: March 28, 2022

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE