UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY V. COLEMAN, | No. 2:19-cv-0369 AC P |
| Plaintiff, | |
| v. | ORDER |
| M.E. SPEARMAN, et al., | |
| Defendants. | |

Plaintiff has filed a document entitled "request for production of documents." ECF No. 36. Plaintiff is informed that court permission is not necessary for discovery requests and that neither discovery requests served on an opposing party, nor that party's responses should be filed until such time as a party becomes dissatisfied with a response and seeks relief from the court pursuant to the Federal Rules of Civil Procedure. Discovery requests between the parties shall not be filed with the court unless, and until, they are at issue. See L.R. 250.3(c); see also ECF No. 34 at 5 (discovery and scheduling order).

Accordingly, IT IS HEREBY ORDERED that plaintiff's request for production of documents (ECF No. 36) will be placed in the court file and DISREGARDED.

DATED: May 19, 2022

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE