IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RODNEY V. COLEMAN,<br><br>                              Plaintiff,<br><br>v.<br><br>M. E. SPEARMAN, et al.,<br><br>                              Defendants. | Case No. 2:19-cv-00369 AC P<br><br>[PROPOSED] ORDER ON DEFENDANTS' MOTION TO MODIFY DISCOVERY AND SCHEDULING ORDER (ECF No. 34) FOR SIXTY-DAY EXTENSION OF DISPOSITIVE MOTION DEADLINE<br><br>Judge:         Hon. Allison Claire<br>Trial Date:   Not Set<br>Action Filed: March 1, 2019 |

    This matter coming before the Court on Defendant's motion to modify the Court's Discovery and Scheduling Order (ECF No. 34), to allow for a sixty-day extension of time, is GRANTED.

    Defendants shall have up to and including January 17, 2023, to file their motion for summary judgment.

    IT IS SO ORDERED.

Dated: November 17, 2022

                                                  */s/ Allison Claire*<br>
ALLISON CLAIRE<br>
UNITED STATES MAGISTRATE JUDGE