IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RODNEY V. COLEMAN,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>M. E. SPEARMAN, et al.,<br><br>　　　　　　　　　　　Defendant. | Case No. 2:19-cv-00369 AC P<br><br>[PROPOSED] **ORDER ON DEFENDANT'S MOTION TO FURTHER MODIFY DISCOVERY AND SCHEDULING ORDER (ECF No. 34) FOR SEVEN-DAY EXTENSION OF DISPOSITIVE MOTION DEADLINE**<br><br>Judge:　　　Hon. Allison Claire<br>Trial Date:　Not Set<br>Action Filed: March 1, 2019 |

This matter coming before the Court on Defendant's motion to further modify the Court's Discovery and Scheduling Order (ECF No. 34), to allow for a seven-day extension of time, is GRANTED.

Defendants shall have up to and including March 20, 2023, to file their motion for summary judgment.

IT IS SO ORDERED.

Dated: March 10, 2023

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE