UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY V. COLEMAN, | No. 2:19-cv-0369 AC P |
| Plaintiff, | |
| v. | ORDER |
| M.E. SPEARMAN, et al., | |
| Defendants. | |

Plaintiff has filed a motion for an extension of time to file an opposition to defendants' motion for summary judgment. ECF No. 51. Although incredibly difficult to read, in support of the motion, it appears plaintiff states that his cell was searched in April 2023, which somehow affected his ability to use his typewriter. See generally id. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 51) is GRANTED, and

2. Within thirty days of the date of this order, plaintiff shall file an opposition to defendants' motion for summary judgment.

DATED: May 16, 2023

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1