1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    RODNEY V. COLEMAN,                        No.  2:19-cv-00369 KJM AC

12              Plaintiff,

13         v.                                   ORDER

14    M.E. SPEARMAN, et al.,

15              Defendants.

16

17        Plaintiff filed a request for the court's ruling to be held in abeyance.  ECF No. 67.  The

18   court construes this as a motion for extension of time to file objections to the August 12, 2024

19   Findings and Recommendations.  Good cause appearing, IT IS HEREBY ORDERED that:

20        1.  Plaintiff's request for an extension of time (ECF No. 67) is granted; and

21        2.  Plaintiff is granted thirty days from the date of this order in which to file objections to

22   the Findings and Recommendations.

23   DATED: September 18, 2024

24                                         _____
                                           ALLISON CLAIRE
25                                         UNITED STATES MAGISTRATE JUDGE

26

27

28