UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY V. COLEMAN, | No. 2:19-cv-0369 KJM AC P |
| Plaintiff, | |
| v. | ORDER |
| M.E. SPEARMAN, et al., | |
| Defendants. | |

Plaintiff requests a copy of this court's August 12, 2024, Order and Findings and Recommendations and a third extension of time to file objections to that order. ECF No. 72. The court will provide plaintiff with a one-time courtesy copy of this court's Order and Findings and Recommendations. Good cause appearing, the court will grant plaintiff's third request for an extension of time to file objections. **No further extensions of time will be granted**.

IT IS HEREBY ORDERED that:

1. Plaintiff's request for an extension of time (ECF No. 72) is granted;

2. Plaintiff is granted thirty days from the date of this order in which to file objections to the Findings and Recommendations (ECF No. 66); and

////

////

////

1

3. The Clerk of the Court is directed to send plaintiff a copy of this court's order and findings and recommendations (ECF No. 66), dated August 12, 2024.

DATED: December 30, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE