UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY V. COLEMAN,<br><br>    Plaintiff,<br><br>    v.<br><br>M. E. SPEARMAN, et al.,<br><br>    Defendants. | No. 2:19-cv-00369-DC-AC (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. Nos. 49, 66) |

    Plaintiff Rodney V. Coleman, a state prisoner proceeding *pro se*, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On August 12, 2024, the assigned magistrate judge issued findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days. (Doc. No. 66.) After two extensions of time, Plaintiff filed objections to the findings and recommendations on February 6, 2025. (Doc. No. 74.) Defendant F. Hartwick filed a response thereto on February 19, 2025. (Doc. No. 75.) Plaintiff's objections do not provide a basis upon which to reject the magistrate judge's findings and recommendations.

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the

1

court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (Doc. No. 66), filed August 12, 2024, are ADOPTED in full;

2. Defendant F. Hartwick's motion for summary judgment (Doc. No. 49) is GRANTED;

3. Judgment shall be entered in favor of Defendant F. Hartwick; and

4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **September 30, 2025**

Dena Coggins
United States District Judge

2